IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY WHITE MOUNTAIN, ) | |
| ) | |
| Plaintiff, ) | 4:03cv3419 |
| ) | |
| vs. ) | MEMORANDUM AND ORDER |
| ) | |
| SHERIFF KARL DAILEY, et al, ) | |
| ) | |
| Defendants. ) | |

    This matter is before the court on filing no. 11, the motion filed by the plaintiff, Anthony White Mountain, who inquires as to the disposition of the above-entitled case and seeks copies of certain documents. The court's records indicate that the case was dismissed after the plaintiff failed to serve any of the defendants with process, and the deadline for doing so expired. As the plaintiff requests, the Clerk of Court shall send the plaintiff a copy of the docket sheet and the complaint (filing no. 1) in this case, without charge. However, the case, once closed, cannot be reopened. The plaintiff is, of course, free to file a new case.[1]

    Filing no. 11 is granted in part and denied in part accordingly.

    SO ORDERED.

    January 4, 2007.                  BY THE COURT:

                                                    s/ *Richard G. Kopf*
                                                    United States District Judge

---

[1] The court cannot provide legal advice except to explain that the court's filing fee is now $350, and a prisoner is not relieved of the obligation for the full filing fee even if allowed to proceed in forma pauperis.